IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>   Plaintiff,<br><br>Kirk Carpenter (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br><br>   Defendant. | Case No. 3:21-mc-00134 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the plaintiff(s) and/or its counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against **the following Garnishees**, BancorpSouth Bank, Capital One Bank, NA, JP Morgan Chase Bank NA, Citibank, NA, FirstCapital Bank of Texas, NA, PNC Bank, Prosperity Bank, United Heritage Credit Union, US Bank, NA, Wells Fargo Bank, NA, First United Bank, Brazos Valley Bank, Brenham National Bank, Citizens Bank, First Convenience Bank, First Financial Bank, Frost Bank, Guaranty Bank & Trust, Hancock Whitney Bank, Kinecta Federal Credit Union.

Date:  8/6/2021

Respectfully submitted,

/s/ Robert C. Newark, III
Robert C. Newark, III
State Bar No. 24040097
1341 W. MOCKINGBIRD LANE, STE 600W
DALLAS, TEXAS 75247
(866)230-7236
(888)316-3398 (FAX)
office@newarkfirm.com - email
ATTORNEY FOR PLAINTIFF